**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District Of Florida
(State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Excelium Management, LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)   4 7 – 2 2 1 2 1 5 4

4. **Debtor's address**

   **Principal place of business**

   1000 Corporate Drive
   Number    Street

   _____

   Fort Lauderdale    FL    33334
   City          State    ZIP Code

   BROWARD
   County

   **Mailing address, if different from principal place of business**

   _____
   Number    Street

   _____
   P.O. Box

   _____
   City        State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   _____
   Number    Street

   _____

   _____
   City        State    ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201         Voluntary Petition for Non-Individuals Filing for Bankruptcy         page 1

Debtor  _Excelium Management, LLC_____    Case number (*if known*)_____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

_5_ _6_ _1_ _4_

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                          MM / DD / YYYY
        District _____ When _____ Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When _____
                                                       MM / DD / YYYY
       Case number, if known _____

Debtor   __Excelium Management, LLC_____   Case number (*if known*)_____
         Name

11. **Why is the case filed in *this district*?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ❑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ❑ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ❑ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____

    ❑ It needs to be physically secured or protected from the weather.

    ❑ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ❑ Other _____

    **Where is the property?**_____
                            Number      Street
    _____
    _____   _____   _____
    City                                              State     ZIP Code

    **Is the property insured?**

    ❑ No
    ❑ Yes. Insurance agency _____
           Contact name     _____
           Phone            _____

---

### Statistical and administrative information

13. **Debtor's estimation of available funds**

    *Check one:*

    ☒ Funds will be available for distribution to unsecured creditors.
    ❑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

    ☒ 1-49            ❑ 1,000-5,000       ❑ 25,001-50,000
    ❑ 50-99           ❑ 5,001-10,000      ❑ 50,001-100,000
    ❑ 100-199         ❑ 10,001-25,000     ❑ More than 100,000
    ❑ 200-999

15. **Estimated assets**

    ☒ $0-$50,000             ❑ $1,000,001-$10 million      ❑ $500,000,001-$1 billion
    ❑ $50,001-$100,000       ❑ $10,000,001-$50 million     ❑ $1,000,000,001-$10 billion
    ❑ $100,001-$500,000      ❑ $50,000,001-$100 million    ❑ $10,000,000,001-$50 billion
    ❑ $500,001-$1 million    ❑ $100,000,001-$500 million   ❑ More than $50 billion

---

Official Form B201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page **3**

Debtor  __Excelium Management, LLC_____          Case number (*if known*)_____
         Name

**16. Estimated liabilities**

- ❑ $0-$50,000
- ❑ $50,001-$100,000
- ❑ $100,001-$500,000
- ☒ $500,001-$1 million
- ❑ $1,000,001-$10 million
- ❑ $10,000,001-$50 million
- ❑ $50,000,001-$100 million
- ❑ $100,000,001-$500 million
- ❑ $500,000,001-$1 billion
- ❑ $1,000,000,001-$10 billion
- ❑ $10,000,000,001-$50 billion
- ❑ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __08/24/2016__
             MM / DD / YYYY

✗ __s/Sushma Chhabra_____          __Sushma Chhabra_____
Signature of authorized representative of debtor       Printed name

Title __Managing Member_____

**18. Signature of attorney**

✗ __s/Paul DeCailly_____          Date  __08/24/2016__
Signature of attorney for debtor                      MM / DD / YYYY

__Paul DeCailly_____
Printed name

__DeCailly Law Group, PA_____
Firm name

__PO Box 490_____
Number       Street

__Indian Rocks Beach_____     __FL_____     __33785_____
City                                State         ZIP Code

__(727) 824-7709_____     __pdecailly@dlg4me.com_____
Contact phone                       Email address

__796301_____     __FL_____
Bar number                          State

Official Form B201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page **4**

**Fill in this information to identify the case:**

Debtor name: Excelium Management, LLC

United States Bankruptcy Court for the: Southern District Of Florida

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Radice III, LLC<br>PO Box 6112<br><br>Hicksville, NY11802 | | past due rent | Disputed | | | $320,157.00 |
| 2 | Phyisican Preferred Pharmacy, Inc<br>2700 B. State Rd. 7<br><br>Margate, FL33063 | | | Disputed | | | $53,437.00 |
| 3 | Parker & Lynch<br>Dept. CH 14031<br><br>Palatine, IL60055 | | | Disputed | | | $38,700.00 |
| 4 | Mitch Hammer<br>333 Las Olan Way #1909<br><br>Fort Lauderdale, FL33301 | | | Disputed | | | $34,816.00 |
| 5 | Docusign Inc<br>Dept. 3428<br>PO Box 123428<br>Dallas , TX75312 | | | Disputed | | | $30,000.00 |
| 6 | Robert Half Technology<br>PO Box 743295<br><br>Los Angeles, CA90074 | | Service Rendered | Disputed | | | $25,000.00 |
| 7 | FPL FiberNet<br>9250 W. Flagler St.<br><br>Miami, FL 33174 | | | Disputed | | | $23,356.00 |
| 8 | Humana<br>P.O Box 557<br><br>Carol Stream, iL60132 | | | Disputed | | | $17,968.00 |

Debtor  Excelium Management, LLC
        *Name*

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Bridgefield Employers Insurance  PO Box 32034  Lakeland, FL33802 | | | Disputed | | | $16,733.00 |
| 10 | G4S Secure Solutions USA Inc  PO Box 277469  Atlanta , GA30384 | | | Disputed | | | $15,028.00 |
| 11 | Skyplanner, LLC  8180 NW 36st. suite 442  Doral, FL33166 | | | Disputed | | | $12,552.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

UNITED STATES BANKRUPTCY COURT
Southern District of Florida

In re:

Case No. BKY

Excelium Management, LLC,

Debtor(s)                                              Chapter 11 Case

STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Sushma Chhabra, declare under penalty of perjury that I am the Managing Member of Excelium Management, LLC, a Florida corporation and that on August 23, 2016 the following resolution was duly adopted by the Members of this corporation:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Sushma Chhabra, Managing Member of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Sushma Chhabra, Managing Member of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Sushma Chhabra, Managing Member of this corporation, is authorized and directed to employ Paul DeCailly, attorney and the law firm of DeCailly Law Group, PA to represent the corporation in such bankruptcy case."

| Executed on: August 24, 2016 | Signed: s/Sushma Chhabra |
|---|---|
|  | Sushma Chhabra 1000 Corporate Drive, Fort Lauderdale , FL   33334 (*Name and Address of Subscriber*) |

# United States Bankruptcy Court
## Southern District of Florida

In re  **Excelium Management, LLC**                              Case No.

    Debtor.                                                      Chapter  **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now  **Excelium Management, LLC**    (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

____  All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

OR,

  **X**   There are no entities to report.

By: **s/Paul DeCailly**_____
    **Paul DeCailly**
    Signature of Attorney

    Counsel for  **Excelium Management, LLC**
    Bar no.: **796301**
    Address.: **PO Box 490**
             **Indian Rocks Beach, Florida 33785**

    Telephone No.: **(727) 824-7709**
    Fax No.: **(866) 906-5077**
    E-mail address: **pdecailly@dlg4me.com**